UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE DENISE LINGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:05-CV-112 CAS |
| JOHN POTTER, Postmaster General, United States Postal Service, | ) ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**, for failure to exhaust administrative remedies.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this 19th day of May, 2005.